The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FELIX RUBIO HERNANDEZ,

                  Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, Secretary of Homeland Security; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services,

                  Defendants.

Case No. 2:22-cv-00904-MJP

**STIPULATED MOTION AND ORDER TO EXTEND SCHEDULING ORDER DEADLINES**

Noting Date: September 28, 2022

      Pursuant to Local Civil Rule 7(d)(1), Plaintiff Felix Rubio Hernandez and Defendants U.S. Citizenship and Immigration Services, Alejandro Mayorkas, and Ur. Jaddou stipulate and request that the Court extend the scheduling deadlines in the Court's initial scheduling order as outlined below. The parties request this revision to the Court's scheduling order in light of Defendants' pending motion to dismiss and in order to preserve both the parties' and the Court's resources.

      The parties propose that the Court modify the scheduling order in Dkt. 5 as follows:

<u>Deadline for FRCP 26(f): Conference</u>:

One week after the Court's order on Defendants' motion to dismiss

STIP. MOT. AND ORDER
TO EXTEND SCHEDULING ORDER DEADLINES - 1
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

<u>Deadline for initial disclosures and combined joint status report and discovery plan</u>:

Two weeks after the Court's order on Defendants' motion to dismiss

Respectfully submitted this 28th day of September, 2022.

<u>s/ Matt Adams</u>
Matt Adams, WSBA No. 28287

<u>s/ Aaron Korthuis</u>
Aaron Korthuis, WSBA No. 53974

<u>s/ Michael Hur</u>
Michael Hur, WSBA No. 59084

<u>s/ Mozhdeh Oskouian</u>
Mozhdeh Oskouian, WSBA No. 36789
mozhdeh@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611

*Attorneys for Plaintiff*

<u>s/ Nickolas Bohl</u>
NICKOLAS BOHL, WSBA # 48978
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: nickolas.bohl@usdoj.gov

*Attorney for Defendants*

STIP. MOT. AND ORDER
TO EXTEND SCHEDULING ORDER DEADLINES - 2
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

**Order**

Pursuant to the Parties' stipulated motion, the Court hereby ORDERS the following revised schedule for the deadlines in Dkt. 5:

<u>Deadline for FRCP 26(f): Conference:</u>

One week after the Court's order on Defendants' motion to dismiss

<u>Deadline for initial disclosures and combined joint status report and discovery plan:</u>

Two weeks after the Court's order on Defendants motion to dismiss

IT IS SO ORDERED.
Dated this 29th day of September, 2022.

Marsha J. Pechman
United States District Judge

STIP. MOT. AND ORDER
TO EXTEND SCHEDULING ORDER DEADLINES - 3
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611