UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELIX RUBIO HERNANDEZ, | CASE NO. C22-904 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ALEJANDRO MAYORKAS, AND UR M. JADDOU, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received Defendants' Motion for Reconsideration. (Dkt. No. 15.) The Court invites Plaintiff to file a response of no more than 6 pages which shall be due by no later than December 23, 2022. No reply shall be filed unless the Court specifically orders one.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed December 15, 2022.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Serge Bodnarchuk
                                          Deputy Clerk

MINUTE ORDER - 2