The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Felix RUBIO HERNANDEZ,<br><br>                              Plaintiff,<br><br>       v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Alejandro MAYORKAS, Secretary of Homeland Security; Ur M. JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>                              Defendants. | Case No. 2:22-cv-00904-MJP<br><br>**STIPULATED MOTION AND ORDER TO PRODUCE ADMINISTRATIVE RECORD AND SET BRIEFING DEADLINES**<br><br>Noting Date: January 25, 2023 |

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Felix Rubio Hernandez and Defendants U.S. Citizenship and Immigration Services, Alejandro Mayorkas, and Ur M. Jaddou stipulate and request that the Court enter an order setting deadlines to produce the administrative record and to exchange cross-motions for summary judgment.

The parties agree that the initial disclosure requirements of Rule 26(a)(1) and the requirements of Rule 26(f), which instructs the parties to prepare a discovery plan, do not apply to this case. Plaintiff filed his complaint under the Administrative Procedure Act, and accordingly, Defendants agree to produce to Plaintiff the administrative record on which the agency decision was based. *See* 5 U.S.C. § 706; *see also Nw. Coal. for Alternatives to Pesticides*

STIP. MOT. AND ORDER
TO PRODUCE ADMIN. RECORD AND
SET BRIEFING DEADLINES - 1
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

*v. U.S. E.P.A.*, 920 F. Supp. 2d 1168, 1172 (W.D. Wash. 2013).[1] Furthermore, because the Court will render any decision on the administrative record, the parties agree that no trial or pre-trial scheduling dates are necessary and that the Court can resolve the matter based on the record. *See Nw. Motorcycle Ass'n v. U.S. Dep't of Agric.*, 18 F.3d 1468, 1472 (9th Cir. 1994).

Accordingly, the parties propose the following schedule:

<u>Defendants' deadline for producing the administrative record</u>:

    March 3, 2023

<u>Schedule for cross-motions for summary judgment</u>:

    Plaintiff's motion for summary judgment: May 12, 2023

    Defendants' response and cross-motion for summary judgment: June 9, 2023

    Plaintiff's response to Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment: July 7, 2023

    Defendants' reply in support of cross-motion for summary judgment: July 21, 2023.

Respectfully submitted this 25th day of January, 2023.

s/ Matt Adams
Matt Adams, WSBA No. 28287

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974

s/ Michael Hur
Michael Hur, WSBA No. 59084

s/ Mozhdeh Oskouian
Mozhdeh Oskouian, WSBA No. 36789
mozhdeh@nwirp.org

---

[1] Plaintiff reserves the right to seek a complete administrative record or move for discovery if he believes the record is incomplete or another exception permitting discovery in an APA case applies. *See Lands Council v. Powell*, 395 F.3d 1019, 1030 (9th Cir. 2005).

STIP. MOT. AND ORDER
TO PRODUCE ADMIN. RECORD AND
SET BRIEFING DEADLINES - 2
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611

*Attorneys for Plaintiff*

s/ Nickolas Bohl
NICKOLAS BOHL, WSBA No. 48978
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: nickolas.bohl@usdoj.gov

*Attorney for Defendants*

STIP. MOT. AND ORDER
TO PRODUCE ADMIN. RECORD AND
SET BRIEFING DEADLINES - 3
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

# ORDER

Pursuant to the Parties' stipulated motion, the Court hereby ORDERS that the Court's order regarding initial disclosures, joint status report, and early settlement, Dkt. 4, is hereby vacated. The Court orders the following deadlines for production of the administrative record and the exchange of cross-motions for summary judgment:

<u>Defendants' deadline for producing the administrative record</u>:

 March 3, 2023

<u>Schedule for cross-motions for summary judgment:</u>

 Plaintiff's motion for summary judgment: May 12, 2023

 Defendants' response and cross-motion for summary judgment: June 9, 2023

 Plaintiff's response to Defendants' cross-motion for summary judgment and reply in support of motion for summary judgment: July 7, 2023

 Defendants' reply in support of cross-motion for summary judgment: July 21, 2023.

IT IS SO ORDERED.

Dated this 27th day of January, 2023.

Marsha J. Pechman
United States Senior District Judge

STIP. MOT. AND ORDER
TO PRODUCE ADMIN. RECORD AND
SET BRIEFING DEADLINES - 4
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 25th day of January, 2023.

s/ Aaron Korthuis
Aaron Korthuis
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
(206) 587-4025 (fax)
aaron@nwirp.org

STIP. MOT. AND ORDER
TO PRODUCE ADMIN. RECORD AND
SET BRIEFING DEADLINES - 5
Case No. 2:22-cv-00904-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611